JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
**THE LAW OFFICE OF JAN T. AUNE**
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Tel.:  (818) 333-5364
Fax:  (626) 226-5677

Attorney for Plaintiff,
WENDY LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WENDY LEE, an individual | CASE NO. |
| *Plaintiff*, | |
| v. | **COMPLAINT FOR DAMAGES** |
| AMAZON.COM, INC. DBA AMAZON.COM, a Delaware corporation, and DOES 1 through 10, inclusive; | |
| | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

## CIVIL ACTION COMPLAINT

Wendy Lee (hereafter referred to as "Plaintiff," unless indicated otherwise), by and though her undersigned counsel, hereby avers as follows:

## NATURE OF ACTION

1. Plaintiff brings this action for unlawful sexual harassment, battery, and sexual battery, and other unlawful conduct against her former employer, Amazon.com, Inc. dba Amazon.com ("Defendant" or "Amazon").

2. Plaintiff worked for Amazon at the Amazon Fulfillment Center UCA5 located at 3334 N. San Fernando Road, Los Angeles, CA 90065. Plaintiff's work duties included stocking grocery items on shelves, and stocking frozen food items in the freezer. Plaintiff was employed at Amazon from approximately September 2022 to approximately March 2023 when Plaintiff was forced to quit her position at Amazon due to the ongoing sexual harassment.

## JURISDICTION

3. Plaintiff resides in and is a citizen of Los Angeles County.

4. Amazon is a Delaware corporation with its principal place of business at 410 Terry Ave. N. Seattle Washington 98109. As a result, Amazon is a citizen of the states of Delaware and Washington.

5. The United States District Court for the Central District or California has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship, as Plaintiff is a citizen of California, Defendant is a citizen of Delaware and Washington, and the amount in controversy exceeds $75,000.

6. All administrative prerequisites have been met for maintaining this action.

7. On or about January 20, 2024 Plaintiff timely filed an administrative complaint with the California Civil Rights Departments ("CRD") alleging that the acts of Defendants described herein established violations of the California's Fair Employment and Housing Act (the "FEHA"), Government Code Section 12900 et. Seq.

8. On or about January 20, 2024, the CRD issued a Notice of Case Closure and Right to Sue letter to the Plaintiff.

9. Count I is a civil action by Plaintiff for Sexual Harassment in violation of the FEHA, *California Government Code* § 12940 et seq. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

10. Count II is a civil action by Plaintiff for Gender Discrimination in violation of the FEHA, *California Government Code* § 12940 et seq. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

11. Count III is a civil action by Plaintiff for Retaliation Based Upon Sex in violation of the FEHA , *California Government Code* § 12940 et seq. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

12. Counts IV is a civil action by Plaintiff for Failure to Prevent Sexual Harassment, Sex Discrimination and Retaliation in violation of the FEHA, *California Government Code* § 12940 et seq.. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

13. Count V is a civil action by Plaintiff for Wrongful Termination in Violation of Public Policy in violation of the FEHA, *California Government Code* § 12940 et seq. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

14. Count VI is a civil action for Civil Battery. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

15. Count VII is a civil action for Sexual Battery, *California Civil Code* § 1708.5. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

## **VENUE**

16. Venue is proper pursuant to 31 U.S.C. § 3732(a) because Defendant can be found in, and transacts business in the Central District of California.

17. Venue is further appropriate in this Venue as Plaintiff was hired through and performed work solely for Defendant at the Amazon Fulfillment Center UCA5 located at 3334 N. San Fernando Road, Los Angeles, CA 90065.

## **PARTIES**

18. Plaintiff is an individual who resides in Los Angeles County, California.

19. Upon reasonable belief Defendant Amazon is a Delaware corporation with its principal place of business at 410 Terry Ave. N. Seattle Washington 98109.

1. As a result, Amazon is a citizen of that states of Delaware and Washington. Amazon can be served through its Registered Agent, Corporation Service Company at 300 Deschutes Way SW Ste. 208 MC-CSC1, Tumwater, Washington 98501.

20. The true names and capacities of Doe Defendants 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues them by their fictitious names. Plaintiff is informed and believes, and on that basis alleges, that Doe Defendants 1 through 10 are legally responsible in some manner for the events and happenings alleged in this complaint, and legally caused injury and damage to Plaintiff as alleged herein. Plaintiff will amend the complaint to include the names and capacities of the Doe Defendants as their identities and roles become known.

21. Plaintiff is ignorant of the true names and capacities, whether individual, corporate, or associate, of those defendants fictitiously sued as Does 1 through 10 inclusive and so Plaintiff sues them by these fictitious names. Plaintiff is informed and believes that each of the DOE defendants is in some manner responsible for the conduct alleged herein. Upon discovering the true names and capacities of these fictitiously named Defendants, Plaintiff will amend this complaint to show the true names and capacities of these fictitiously named defendants.

## FACTS

22. Plaintiff began employment with Amazon in or about September 2022.

23. Plaintiff worked at Amazon Fulfillment Center UCA5 in Los Angeles, California.

24. Plaintiff's work duties included stocking items and shelves and stocking frozen food in the freezer section.

25. Plaintiff was a hard-working employee who performed her job well.

26. Plaintiff loved working at Amazon.

27. Plaintiff worked at Amazon until approximately March 2023 when she was constructively terminated when she was forced to quit because she was being sexually harassed in the workplace.
28. During Plaintiff's employ at Amazon she was sexually harassed and sexually battered by her co-worker Deidrick.
29. Plaintiff's co-worker Diedrick worked in the same area of the warehouse as Plaintiff.
30. At all relevant times Diedrick was an employee of Amazon and worked at the same Amazon Fulfillment Center as Plaintiff.
31. On Plaintiff's first day of work Deidrick approached Plaintiff and asked what ethnicity she was. Plaintiff race is Chinese. Plaintiff was is in her early 20s in terms of age at all relevant times.
32. Diedrick would continually flirt with Plaintiff.
33. Deidrick would talk to Plaintiff at every shift and ask she question such as "Are you single?" Deidrick would also ask Plaintiff if she had a boyfriend.
34. Deidrick would ask Plaintiff for her phone number and would tell him she did not want to give it to him or words to that effect. When Plaintiff would not provide Deidrick with her phone number he would get upset.
35. Diedrick would stare at Plaintiff's buttocks while they were working.
36. Diedrick would wink at Plaintiff during work.
37. Diedrick subjected Plaintiff to unwanted touching at work.
38. Deidrick intentionally touched Plaintiff on the shoulder.
39. Deidrick intentionally touched Plaintiff on the hand.
40. On one occasion Diedrick touched Plaintiff's buttocks when Plaintiff was bent over. After Diedrick touched Plaintiff's buttocks he walked away.
41. Deidrick's behavior made Plaintiff feel scared and uncomfortable in the workplace.
42. Plaintiff reported the sexual harassment to Amazon's on-site manager, Eddie, but nothing was done to stop the harassment.

43. Plaintiff reported the sexual harassment by email to Amazon's Human Resources Department but the harassment did not stop.
44. In March 2023, Plaintiff quit her position at Amazon because she was being sexually harassed by Diedrick.
45. Plaintiff suffered, and continues to suffer, severe emotional distress from the sexual harassment, failure to prevent sexual harassment, retaliation based upon reporting sexual harassment, and for being wrongfully terminated. Plaintiff also suffers lost wages and benefits.
46. Plaintiff will make a motion for leave to amend the Complaint to add request for punitive damages once Plaintiff has evidence to meet the requirements of California Civil Code § 3294 for requesting punitive damages against a corporate employer.

## COUNT ONE
## (SEXUAL HARASSMENT IN VIOLATION OF FEHA)
### (By Plaintiff Against Defendant and Does 1-10)

As a first, separate and alternative claim for relief, Plaintiff alleges:

47. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.
48. Amazon and Defendants, and each of them, and/or their agents and employees are entities, joint-employers or individuals subject to suit under the California Fair Employment and Housing Act, *Government Code* § 12940, et seq. These sections prohibit Amazon, and Defendants, and each of them, from sexually harassing employees and require that Amazon, and Defendants, and each of them, take immediate and appropriate corrective action, and preventative action when necessary, when they know or should know of sexual harassment of an employee by an office, manager or someone in their employee.

///

///

49. *Government Code* § 12940(j), specifically provides that it is unlawful employment practice for an employer, because of a person's race, color, national origin, disability, gender and/or sex, to harass an employee.

50. At all times mentioned herein, Plaintiff was a person entitled to the protection of the laws afforded by *Government Code* § 12940, et seq.

51. The facts alleged above constitute violations of the California Fair Employment and Housing Act, *Government Code* § 12940(j) in that Amazon and Defendants, and each of them, discriminated against Plaintiff by subjecting Plaintiff to harassment based upon sex, thereby causing a hostile, offensive, and intimidating work environment.

52. Plaintiff is informed and believes and thereon alleges that her gender was a motivating reason for Amazon and Defendants', and each of them, actions.

53. This harassment violates *Government Code* § 12940, et seq. and was a substantial factor in causing injury and damage to Plaintiff as alleged herein.

54. As a proximate result of the wrongful acts of Amazon and Defendants, and each of them, Plaintiff has been harmed in that she has suffered actual, consequential and incidental financial losses including, without limitation, loss of salary and benefits, damage to her professional reputation and other economic losses, in an amount subject to proof at time of trial.  Plaintiff claims such amounts as damages together with prejudgment interest pursuant to applicable provisions of law.

55. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

56. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

57. As a direct, foreseeable, and proximate result of Amazon and Defendants, and each of them, acts, Plaintiff has suffered and continues to suffer

humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff's damage in an amount to be proven at trial.

58. Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of the employment relationship with Amazon and Defendants, and each of them, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys' fees be awarded pursuant to Government Code 12965.

## COUNT TWO
## (SEXUAL DISCRIMINATION IN VIOLATION OF FEHA)
## (By Plaintiff Against Defendant and Does 1-10)

As a second, separate and alternative claim for relief, Plaintiff alleges:

59. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

60. Amazon and Defendants, and each of them, and/or their agents and employees are entities, joint-employers or individuals subject to suit under the FEHA, *Government Code* § 12940, et seq. These sections require Amazon, and Defendants, and each of them, from discriminating against employees because of the employee's sex and also require that Amazon, and Defendants, and each of them, take immediate and appropriate corrective action, and preventative action when necessary, when they know or should know of sexual discrimination of an employee by an office, manager or someone in their employee.

61. At all times mentioned herein, Plaintiff was a person entitled to the protection of the laws afforded by *Government Code* § 12940, et seq.

62. Plaintiff suffered adverse employment actions as described above, including but not limited to, a hostile work environment and being discriminated against based upon her sex.

63. This discrimination violates *Government Code* § 12940, et seq. and was a substantial factor in causing injury and damage to Plaintiff as alleged herein.

64. As a proximate result of the wrongful acts of Amazon and Defendants, and each of them, Plaintiff has been harmed in that she has suffered actual, consequential and incidental financial losses including, without limitation, loss of salary and benefits, damage to her professional reputation and other economic losses, in an amount subject to proof at time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to applicable provisions of law.

65. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

66. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

67. As a direct, foreseeable, and proximate result of Amazon and Defendants, and each of them, acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff damage in an amount to be proven at trial.

68. Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of the employment relationship with Amazon and Defendants, and each of them, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys' fees be awarded pursuant to *Government Code* § 12965.

///

///

## COUNT THREE
### (RETALIATION BASED UPON SEX IN VIOLATION OF FEHA)
### (By Plaintiff Against Defendant and Does 1-10)

As a third, separate and alternative claim for relief, Plaintiff alleges:

69. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

70. Amazon and Defendants, and each of them, and/or their agents and employees are entities, joint-employers or individuals subject to suit under the FEHA, *Government Code* § 12940, et seq.

71. At all material times *Government Code* § 12940(h) was in full force and effect and was binding on Amazon and Defendants, and each of them. This subsection requires Amazon and DOES 1-10, inclusive, and Defendants, and each of them, to refrain from retaliating against a person who has opposed and/or complained about harassment or discrimination.

72. During Plaintiff's employment with Amazon and Defendants, and each of them, Plaintiff resisted and opposed Amazon and Defendants', and each of them, wrongful treatment as alleged above. As a result, and in retaliation against Plaintiff's actions, Amazon and Defendants, and each of them, subject Plaintiff to adverse employment actions as described above.

73. The foregoing described adverse employment actions were taken in part or in whole because of Plaintiff's objections, opposition to, and resistance of Amazon and Defendants', and each of them, actions, as well as Plaintiff's efforts to exercise her rights under the FEHA.

74. In engaging in the aforementioned conduct, Amazon and DOES 1 through 10, inclusive, and Defendants, and each of them, aided, abetted, incited, compelled, and/or coerced unlawful employment practices in violation of the announced policy of the State in such practices.

75. Amazon and Defendants', and each of them, retaliation violated *Government Code* § 12940(h) and the public policies embodied therein, and was a

substantial factor in causing damage and injury to the Plaintiff, as alleged herein.

76. Amazon and Defendants', and each of them, failure to prevent sexual harassment and maintain an environment free from sexual harassment, discrimination and retaliation was a substantial factor in causing damage to injury to Plaintiff as alleged herein.

77. As a proximate result of the wrongful acts of Amazon and Defendants, and each of them, Plaintiff has been harmed in that she has suffered actual, consequential and incidental financial losses including, without limitation, loss of salary and benefits, damage to her professional reputation and other economic losses, in an amount subject to proof at time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to applicable provisions of law.

78. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

79. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

80. As a direct, foreseeable, and proximate result of Amazon and Defendants, and each of them, acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff's damage in an amount to be proven at trial.

81. Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of the employment relationship with Amazon and Defendants, and each of them, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally

ascertained. Plaintiff requests that attorneys' fees be awarded pursuant to Government Code 12965.

### COUNT FOUR
### (FAILURE TO PREVENT SEXUAL DISCRIMINATION, SEXUAL HARASSMENT AND RETALIATION IN VIOLATION OF FEHA)
### (By Plaintiff Against Defendant and Does 1-10)

82. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

83. Amazon and Defendants, and each of them, and/or their agents and employees are entities, joint-employers or individuals subject to suit under the FHEA, *Government Code* § 12940, et seq.

84. At all material times *Government Code* § 12940(k) was in full force and effect and was binding on Amazon and Defendants, and each of them. This subsection requires Amazon and DOES 1-10, inclusive, and Defendants, and each of them, to take all reasonable steps necessary to prevent harassment, discrimination and retaliation from occurring.

85. Amazon and Defendants', and each of them, failure to prevent sexual harassment and maintain an environment free from sexual harassment, discrimination and retaliation was a substantial factor in causing damage to injury to Plaintiff as alleged herein.

86. As a proximate result of the wrongful acts of Amazon and Defendants, and each of them, Plaintiff has been harmed in that she has suffered actual, consequential and incidental financial losses including, without limitation, loss of salary and benefits, damage to her professional reputation and other economic losses, in an amount subject to proof at time of trial. Plaintiff claims such amounts as damages together with prejudgment interest pursuant to applicable provisions of law.

87. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

88. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

89. As a direct, foreseeable, and proximate result of Amazon and Defendants, and each of them, acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff damage in an amount to be proven at trial.

90. Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of the employment relationship with Amazon and Defendants, and each of them, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys' fees be awarded pursuant to Government Code 12965.

## COUNT FIVE
## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY
## (FEHA)
*(Plaintiff Against Defendant and Does 1-10)*

91. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

92. Plaintiff's employment with Amazon was constructively terminated in or about March 2023 because of Deidrick's sexual harassment of Plaintiff, Amazon's discrimination and harassment of Plaintiff based upon her gender, Deidrick's sexually harassing Plaintiff, Amazon's retaliation against Plaintiff based upon her sex (gender), the fact that Plaintiff was battered by Deidrick, and Amazon discriminating against Plaintiff based upon gender. Plaintiff termination violated fundamental California public policy as embodied in the FEHA, *Government Code* § 12940, *et. seq.*

93. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

94. As a direct, foreseeable, and proximate result of Amazon and Defendants', and each of them acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff's damage in an amount to be proven at trial.

95. Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of the employment relationship with Amazon and Defendants, and each of them, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys' fees be awarded pursuant to *Government Code* § 12965.

## COUNT SIX
## (BATTERY)
### (By Plaintiff Against Defendant and Does 1-10)

As a sixth, separate and alternative claim for relief, Plaintiff alleges:

96. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

97. Amazon employee Deidrick touched Plaintiff with the intent to harm or offend Plaintiff.

98. Plaintiff did not consent to Deidrick touching her.

99. Plaintiff was harmed, offended and suffered severe emotional distress due to Deidrick's touching of Plaintiff.

100. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

COMPLAINT FOR DAMAGES / DEMAND FOR JURY TRIAL

14

101. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

102. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff 's damage in an amount to be proven at trial.

### COUNT SEVEN
### (SEXUAL BATTERY)
### (By Plaintiff Against Defendant and Does 1-10)

As a seventh, separate and alternative claim for relief, Plaintiff alleges:

103. Plaintiff incorporates by reference all prior paragraphs in this Complaint as if fully set forth at this point.

104. Amazon employee Deidrick touched Plaintiff on and intimate part of her body, her buttocks, with the intent to harm or offend Plaintiff.

105. Plaintiff did not consent to Deidrick touching her.

106. Plaintiff was harmed, offended and suffered severe emotional distress due to Deidrick touching of Plaintiff.

107. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts, Plaintiff has lost employment opportunities.

108. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts Plaintiff suffered and continues to suffer substantial losses in earnings and other employee benefits in an amount to be proven at trial.

109. As a direct, foreseeable, and proximate result of Amazon's and Defendants', and each of them, acts, Plaintiff has suffered and continues to suffer humiliation, embarrassment, mental and emotional distress, and discomfort all to Plaintiff 's damage in an amount to be proven at trial.

## PRAYER FOR RELIEF

1. On all Counts, for compensatory damages, including but not limited to back pay, front pay, salary, pay increases, bonuses, insurance, benefits, promotions, reinstatement, and other economic damages, as well as damages for mental anguish and emotional distress according to proof;

2. On all Counts, Plaintiff is to be accorded other equitable and legal relief as the Court deems just, proper, and appropriate, including but not limited to damages for employer distress/pain and suffering;

3. On all Counts, for attorney fees, prejudgment interest and costs as allowed by law; and for such other and further relief as the Court deems just and proper; and

4. Plaintiff is to be given a jury trial.


DATE: February 9, 2024					THE LAW OFFICE OF JAN T. AUNE


							BY:   /s/ Jan T. Aune
							        JAN T. AUNE
							        Attorney for Plaintiff
							        WENDY LEE

**JURY DEMAND**

1. Plaintiff requests trial by jury.

Dated: February 9, 2024     THE LAW OFFICE OF JAN T. AUNE

BY: /s/ Jan T. Aune
    JAN T. AUNE
    Attorney for Plaintiff
    WENDY LEE

THE LAW OFFICE OF JAN T. AUNE
BURBANK, CALIFORNIA